Opinion issued December 8, 2011.

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00964-CV

———————————

VALERO
REFINING-TEXAS, L.P., Appellant

V.

HARRIS
COUNTY APPRAISAL REVIEW BOARD AND HARRIS COUNTY APPRAISAL DISTRICT, Appellees



 



 

On Appeal from the 157th District Court 

Harris County, Texas



Trial Court Cause No. 2009-58201

 



MEMORANDUM
OPINION

Appellant has filed an unopposed motion to dismiss
the appeal.  No opinion has issued.  Accordingly, we grant the motion and dismiss
the appeal.  See Tex. R. App. P.
42.1(a)(1).

All other pending motions are dismissed as
moot.  The Clerk of this Court is
directed to issue the mandate within 10 days of the date of this opinion.  See
Tex. R. App. P. 18.1.

PER CURIAM

Panel
consists of Justices Keyes, Higley, and Massengale.